UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT J. VERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-1116 |
| | § | |
| DIANA BARRERA MULET, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants' motions for protective order (Dkts. 63, 65, 68) and Plaintiff Vera's motion to compel discovery (Dkt. 83) have been referred to this court for disposition.

On the record in open court during oral argument on March 31, 2005, the court ruled that the protective order issued by the district court in November 2004 (Dkt.73) would remain in effect while the defendants' motions to dismiss are pending. The motions to dismiss remain pending until the district court rules on the court's May 11, 2005 Memorandum, Recommendation, and Order. The motions for protective order are granted to that extent.

Vera's motion to compel is denied without prejudice at this time. In the event the May 11, 2005 recommendation is adopted by the district court, the parties are directed to confer in order to resolve defendants' objections and narrow Vera's

requests in light of the court's rulings.  Vera may re-urge this motion in the event these efforts are unsuccessful.

    Signed at Houston, Texas on May 11, 2005.

                                                        Stephen Wm Smith
                                        United States Magistrate Judge